Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v -                        :    NOTICE OF INTENT TO
                                                    FILE AN INFORMATION

JOHN DOE,                          :

          Defendant.              :

- - - - - - - - - - - - - - - x

18 CRIM 602

         Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
          August 20, 2018

                                ROBERT KHUZAMI,
                                Attorney for the United States
                                Acting Under Authority Conferred
                                By 28 U.S.C. § 515

                By: *Rachel Maimin*
                     Andrea Griswold
                     Rachel Maimin
                     Thomas McKay
                     Nicolas Roos
                     Assistant United States Attorneys



                                AGREED AND CONSENTED TO:

                By: _____
                     Guy Petrillo, Esq.
                     Attorney for John Doe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/18