Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :        18 CRIM 602

v.                                   :

MICHAEL COHEN,                       :        18 Cr. _____

        Defendant.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating 26 U.S.C. § 7201, 18 U.S.C. §§ 1014 and 2, 52 U.S.C. §§ 30116(a)(1)(A), 30116(a)(7), 30118(a) and 30109(d)(1)(A), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
        August 21, 2018

02.02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: AUG 2 1 2018