UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MICHAEL COHEN,

        Defendant.

ECF CASE

NOTICE OF APPEARANCE
AND REQUEST FOR ELECTRONIC
NOTIFICATION

18 Cr. 602 (WHP)

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy Lester of Petrillo Klein & Boxer LLP hereby appears on behalf of Michael Cohen in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number, and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 28, 2018

                              PETRILLO KLEIN & BOXER LLP

                              By:    /s/ Amy Lester
                                       Amy Lester
                                       655 Third Avenue, 22nd Floor
                                       New York, NY 10017
                                       Tel.: 646-930-1066
                                       alester@pkbllp.com