U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2018

**BY ECF and EMAIL**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Michael Cohen</u>, 18 Cr. 602 (WHP)

Dear Judge Pauley:

The Government has received the letter, dated October 11, 2018, filed by the New York Times, which seeks an order unsealing materials related to certain searches conducted in connection with the above-referenced case. The Government intends to file an opposition to this request, and seeks permission to do so no later than November 2, 2018. In addition, because responding to this request requires describing, *inter alia*, the effect that unsealing would have on an ongoing grand jury investigation, the Government requests permission to file a portion of its response *ex parte* and under seal.

Respectfully submitted,

ROBERT KHUZAMI
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

By: _____
Andrea Griswold
Rachel Maimin
Thomas McKay
Nicolas Roos
Assistant United States Attorneys
(212) 637-2268

The Government's application is granted in part and denied in part.
The Government is to file its response by October 26, 2018.
The Government's request to file a portion of its response ex parte and under seal is granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

October 12, 2018

cc: Guy Petrillo, Esq., Counsel for Michael Cohen
    David McCraw, Esq., Counsel for The New York Times