

David McCraw
Vice President &
Deputy General Counsel

620 Eighth Avenue
New York, NY 10018
tel 212.556-4031
fax 212.556-4634
mccrad@nytimes.com

October 16, 2018

> Application granted.  The Times shall file any reply to the Government's response (see ECF No 10) by November 2, 2018.
>
> SO ORDERED:
>
> *[signature]*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> October 17, 2018

**VIA EMAIL**

Judge William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Cohen*, 18-cr-602 – Request for Addition as Interested Party

Dear Judge Pauley:

I write on behalf of The New York Times Company ("The Times"), to respectfully request that The Times be added to the docket of the above-referenced case as an Interested Party. By letter dated October 11, 2018, The Times wrote to the Court for permission to intervene for the limited purpose of seeking the unsealing of materials related to searches conducted in this case. (*See* Dkt. 9.) To aid its ability to track the progress of this matter, The Times asks that it be formally added to the case docket.

Respectfully submitted,

/s/

David E. McCraw

cc:   All counsel of record (via email)

#58462v3