

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel Strom**
rachelstrom@dwt.com
**Jeremy Chase**
jeremychase@dwt.com

212-489-8230 tel
212-489-8340 fax

November 21, 2018

**VIA ECF & U.S. MAIL**
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>United States v. Cohen</u>, 18-cr-602 – Request to Unseal Materials

Dear Judge Pauley:

    This firm represents CBS Broadcasting Inc., on behalf of CBS News.  We write to join in the applications of American Broadcasting Companies, Inc., the Associated Press, Cable News Network, Inc., Daily News, L.P., Dow Jones & Co., Inc., Newsday LLC, and NYP Holdings, Inc. (Doc. Nos. 12 & 17), and The New York Times Company (Doc. Nos. 9 & 15), requesting that the Court unseal certain search warrant materials related to Michael Cohen.

    CBS wholeheartedly agrees with the other news organizations that the public interest in obtaining access to these judicial documents is great.  Accordingly, CBS joins the pending requests that the Court weigh carefully the Government's assertions about the nature of its investigation of other targets and its purported need for continued blanket secrecy against the extreme public importance of these materials, utilizing well-established First Amendment and common law principles.  Further, CBS respectfully joints in the requests that the Court make every effort to make these materials available to the public – even in redacted form – at the earliest possible time.

    Thank you for your attention to this matter.

    Respectfully submitted,

    Davis Wright Tremaine LLP

    Rachel Strom
    Jeremy Chase

cc:    Attorneys of Record (via ECF)

4845-6877-9136v.1 0050033-005133

Anchorage  New York    Seattle
Bellevue   Portland    Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com