# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:          (646) 385-1479
gpetrillo@pkbllp.com

November 29, 2018

**BY EMAIL/ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *United States v. Michael Cohen*, 18 Cr. 602 (WHP), 18 Cr. 850 (ALC)

Dear Judge Pauley and Judge Carter:

On behalf of our client Michael Cohen, and in accordance with Rule 13(c)(1) of this District's Rules for the Division of Business Among District Judges, we respectfully request that the matter filed today under Case Number 18 Cr. 850 (ALC), which is assigned to Judge Carter, be transferred to Judge Pauley for purposes of sentencing. In Case No. 18 Cr. 602 (WHP), Mr. Cohen entered a guilty plea on August 21, 2018, and is currently scheduled for sentencing before Judge Pauley on December 12, 2018. The government has indicated that it has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Guy Petrillo

cc:   All counsel of record