# EXHIBIT 4



NEW YORK

230 FIFTH AVE, SUITE 1004
NEW YORK, NY, 10001

9-27-2018

To The Honorable Judge William H Pauley III

Over the past nearly 10 years, is how I have come to know Mr. Michael Cohen not passively from afar, rather very intimately on a personal and family level.

I am of immigrant decent (American Armenian – Lebanese, raised in Kuwait) and the values that have meaning to me and my family are how we invite friends into our lives. Michael, who I have watched nurture and provide for his family, is a wonderful husband to Laura, an amazing father to Samantha & Jake.

The outstanding quality that I find stellar in Michael is his selfless appetite to run to people's aid in time of his friends needs. Michael does not wait to be asked for the help or assistance. When he does notice a friend needs help, Michael, without invitation will exert, every possible assistance he can muster to extend to his friends and family. I have witnessed this trait in action on numerous occasions when he ran to help his friends, family, the school both of our children attend, charity organization and I am sure much more. My friend will STOP everything going on in his life and laser focus on the task at hand to come through in that moment of need. Recently our friend's daughter was in desperate need to be seen by a specialist doctor. When Michael heard that we were at a loss, as usual, he reached out to nearly every doctor that he knew to help. To be noted: Michael sprung to action when his personal agenda nearly did not allow him to invest this time. This is the type of selfless service I am accustomed with Michael.

PH: 212.244.2212   FAX: 212.244.4446   E: INFO@THOMPSONFERRIER.COM
WWW.THOMPSONFERRIER.COM



NEW YORK

230 FIFTH AVE, SUITE 1004
NEW YORK, NY, 10001

There are a few words that best describe Michael: Empathy, Love, Caring, Devotion, Loyal & Generous.

I ask the Honorable Court to grant leniency to a truly unique and special person that I am honored to call a friend.

Raffi Arslanian
President

PH: 212.244.2212    FAX: 212.244.4446    E: INFO@THOMPSONFERRIER.COM
WWW.THOMPSONFERRIER.COM