# EXHIBIT 5

From:

Cory Colligan

August 23, 2018

To whom this may concern:

In 2007, I resided and worked for Bouquet of Fruits in Fresno, CA. In June of 2007, I was driving to see a client, lost radio reception and wound up listening to Ray Appleton, a local talk show that I never listened to. Before I could change it back, I heard the very New York voice of someone using Fresno and Donald Trump in the same sentence. Having grown up in New York City, my interest was piqued. It was a local call in show and Fresnans were responding negatively to the possibility of Donald Trump building a project in Fresno. I learned the gentleman speaking from NYC was Michael Cohen, the EVP of the Trump Organization. New York City was still very near and dear to my heart. How could these people not realize that Donald Trump was just what Fresno needed? The project was called Running Horse, a residential golf course project in the most desolate part of Fresno. A DREAM project that would include a PGA golf course along with homes in the half million dollar range. How could they not understand the magnitude of this project?

I arrived at my destination, picked up my phone, found the number for the Trump Organization and called. Michael was still on the radio (I never expected to speak with him) so I left a voice mail telling him I was 100% behind the project and it would be the BEST thing that ever happened to Fresno. I also told him I was ready to help in any way I could. To my UTTER SHOCK, Michael returned my call. He thanked me profusely for taking the time to call and we had a lengthy chat about the project and Fresno. I have learned that New Yorkers always seem to connect.

Over the next few months, we kept in contact through email and phone. Whenever Michael would visit Fresno, my company would deliver a gift basket to his hotel room to welcome him. Michael, being the gracious man he is, always called to thank us.

During our conversations, I learned what TRUE loyalty is. His loyalty to Mr. Trump (as he referred to him) was immeasurable. He spoke of him constantly. It was obvious he was in CONSTANT contact with him running ideas, proposals, etc. by him for his approval. Michael's primary objective was to please Mr. Trump by negotiating the best possible deal for the Trump Organization. Get it done within budget, get it done well and as soon as possible. I learned quite a bit from Michael about real estate, local politics and how a project of this magnitude came together. Michael ALWAYS presented himself in a professional manner. I was continuously impressed that he never made me feel inferior. He would ask my opinion, and really listened. He was genuine, ALWAYS gracious and appreciative. On one occasion, I had asked him if he could have Mr. Trump personalize a copy of the "Art of the Deal" for a special friend's birthday. Michael replied "of course" and it was done. In a world of quid pro quo, it

was so nice to connect professionally with someone who was so nice, down to earth, genuine and sincere. Michael Cohen is a nice and very genuine man. On another occasion, Michael happen to call my office. I wasn't there and when our receptionist realized who it was, told him she had seen him many times on the news and felt as though she was speaking to a movie star. Michael took the time to ask her name, ask her about her job and simply chat with her. She was elated and talked about it for weeks. Who does that? Michael did.

I learned Michael was easy to talk to, always appreciative of a phone call and always returned my calls. He was extremely upstanding, focused, unassuming, POLITE, intelligent, gracious and most of all loyal (to a fault I now realize).

As the project progressed, we spoke about the possibility of my company supplying gift baskets, artisan chocolates, locally grown fresh fruit and nuts to the pro shop when it was completed. I also mentioned that my best friends were local wine and spirits distributers. Michael replied that he definitely wanted to meet with them on his next trip. On October 31, 2007, we all met and broke bread at the home of my friends. Michael was extremely thankful and almost humbled to be invited to their home. Even though wine was served, Michael did not drink because he worked for the Trump Organization. Even though we were all casually dressed, Michael remained in his jacket and tie because he worked for the Trump Organization. I remember him apologizing because his phone would occasionally beep. He told us that every time Mr. Trump's name was mentioned, he would receive a google alert. That is loyalty.

During the evening, we spoke about the project, how we could all be a part of it and then since we were all so comfortable with each other, we spoke about our lives outside of business. I learned how DEVOTED Michael was to his family. With great pride he told us about Laura, his Ukrainian beauty contestant wife (and how she loved to shop), his son and his daughter, Samantha, who obviously was the apple of her daddy's eye. He told us about his life growing up on Long Island, his dad, a Holocaust survivor and surgeon, and his mom, a nurse. I learned Michael was not only a dedicated, loyal businessman to Mr. Trump, more importantly, his family was his life. EVERYTHING he did, he did for them.

The Running Horse project never came to fruition, but I can honestly say I fell blessed to have met Michael Cohen. We all agreed after that dinner that he was courteous, honest, engaging, helpful, unassuming, appreciative, funny, loyal to Mr. Trump and LOVED his family.

Perhaps I can end this by paraphrasing my friends comments today when I told them about this letter. "No matter what, he will always be welcomed into our home, then, now or in the future."

Sincerely,

Cory Colligan