# **EXHIBIT 8**

Robyn and Richard Ebers

11/09/2018

Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 20B
New York, NY 10007

I am writing on behalf of Michael Cohen. Michael and I have been friends for over fifteen years. In that time he has proven to be of great character, and amazing heart. When my wife Robyn was starting out in a relatively new business Michael was the only person who immediately reached out with a helping hand. That says volumes to the fact that in my thirty years in business I have amassed a large amount of contacts. It was in his kindness and his genuine nature to see Robyn succeed. There was never a time that when Robyn would reach out to Michael that his response wasn't immediate. When Michael couldn't help, not very often his response always was "sorry I can't help, let me ask and see if someone I know can help you."

Dismissiveness is not in Michael's DNA. This is the kind of man Michael is. Michael's favorite words to me whether at a monthly breakfast that we have always done or on the phone, his first words always are "what can I do for you". It's never about Michael; it's how he might be helpful both on a personal level or business. During our friendship the only time Michael has ever asked for help is raising donations for charities always for children.

Michael's relationship and devotion to his wife and children are the best example anyone can strive for. It truly pains my Robyn and I to witness the destructiveness caused by Michael's relationship with Mr. Trump. Never have I seen a more devoted person as Michael is to his position in the organization and Michael's overwhelming loyalty to see just how little it meant is so egregious.

Robyn and I are aware that Michael has pleaded guilty to various charges, however we wish to strongly express that these charges do not define the true Michael. The unfortunate circumstances surrounding Michael's current situation has definitely played a major role in these transgressions.

Robyn and I both hope and pray that this letter will help you in understanding Michael's true character and will help aid you in deciding on Michael's future.

Thank you for taking the time to read this letter.

Sincerely,

Robyn and Richard Ebers