# EXHIBIT 9

# Erik T. Ekstein

September 5th, 2018

To whom it may concern

My name is Erik T. Ekstein and my wife Alexis and I have known Michael for over fifteen years. We originally met Michael and his lovely wife Laura through our children, when our sons attended Taekwondo together as pre-schoolers. We became reacquainted with them when we were asked to be the Cohen's "buddy family" after their son Jake entered Columbia Grammar and Preparatory School with our children Jordan and Tyler in the 3rd grade. We quickly became fast friends and have remained extremely close ever since.

The first thing Alexis and I noticed about Michael is his complete devotion to his family. I don't think we have ever met a more dedicated husband and father. Michael is rarely without his wonderful wife Laura by his side and I have never known Michael to miss anything that involves his children. He always made sure to attend every single one of Jake's baseball and basketball games or Samantha's fabulous dance recitals. As fellow parents at our children's school there have been many field trips, parent teacher conferences and school activities over the years and Michael has always attended with much noticed warmth and affection towards his children. His commitment to his children's upbringing has resulted in two very successful, confident, empathetic and loving young adults who emulate Michael's dedication to family and friends.

Michael's loyalty and commitment to his friends is also unparalleled. Michael is always the first one to lend a hand, offer advice or reach into his pocket to provide financial assistance. When a good friend of ours went through a very painful divorce, Michael recognized the pain their son was going through and offered and delivered paternal advice when the boy's father could not be there for him. There is no question in my mind that this fatherly touch helped keep this young man in line and helped mold him into the fine young man he is today.

Michael's charitable involvement in local causes has been extremely admirable. Michael got so involved with Columbia Grammar and Preparatory that he ended up joining the board of trustees and eventually became Chairman of the Board. Prior to that, Michael agreed to become the auction chair of the school benefit and elicited more auction commitments than anyone could possibly imagine. His passion was so infectious that it was impossible to say no to him and participation reached levels never seen before and led to the highest grossing benefit in school history.

We have travelled with the Cohen's over the years together and have shared many wonderful celebratory occasions such as birthday's and graduations. Our friendship has developed over the years into one of family more than friendship. Michael gives endlessly to our family through his kind words, loving support, and helpful advice. We are always grateful to have such a devoted person that is Michael in our lives.

In closing, I would request the court please take the totality of Michael's life into account when considering his sentence.

Sincerely,

Erik T. Ekstein