# EXHIBIT 10

Brian and Amy France

Hon. William H. Pauley III
United States Courthouse
500 Pearl Street Courtroom 20B
New York, NY 10007

October 29, 2018

To the Honorable Judge William Pauley III,

Please allow this letter to serve as our personal experience with Michael Cohen. Our family has been dear friends with Michael and his wife, Laura, for a number of years. Michael has always and consistently displayed an enormous level of kindness, humility, consideration and empathy for others, including our family and our children. He and his wife Laura have diligently raised two exemplary, outstanding, hard-working children that attended and graduated from the same school that our children attend. He and his wife are dedicated parents to raising children with strong values, honesty and integrity. Michael has demonstrated nothing short of high moral character always. That is the only Michael Cohen we know of.

During this past year, we have witnessed, numerous times, Michael swiftly put aside his personal matters to be a caring and compassionate friend to our family, to others in need and to his community. Michael served many years as a productive member on his children's school board. Time and time again, he went out of his way to ensure that children whom were qualified to have successful academic careers but were not able to afford the tuition were granted necessary financial aid. Michael has been a true advocate for children and families in need. Over the years, countless times, we hear Michael speak of the importance of giving back, promoting goodwill and leading positive examples by way of graciously performing positive deeds.

Michael has, unfortunately, had extreme hardship in demonstrating on a public level his high moral character that he rightfully possesses, in light of the media

sensationalism and media spectacle that has surrounded his case. We hope this letter shares insight of Michael's character that has not been showcased by the media.

It is our hope that you take into consideration that Michael Cohen is a father, husband and friend who has served his family, friends and community with the strongest conviction of integrity and goodness. Please do not hesitate to call at ███████ if you would like to further discuss.

Sincerest Regards,

*Brian and Amy France*