# EXHIBIT 20

# ELYSE KLEINER

███████████████████████████████████████

November 16, 2018

Dear Judge,

My name is Elyse Kleiner. I have known Michael for over a decade. I am a former financial journalist at Reuters and bond trader at Cantor Fitzgerald. I hope that my letter serves as your introduction to the Michael Cohen that is never revealed in the media.

You clearly know Michael's public persona; thus, I would like to write a few words to give you insight into Michael as a husband to his loyal wife, Laura; as a father to his loving children, Samantha and Jake; as a surrogate father to my daughter, Nicole; and as a surrogate brother to me.

Michael and Laura have a marriage that others want to emulate. It still takes my breath away to see how Michael looks at Laura. No matter who else is speaking, Laura makes a sound, and Michael's eyes are focused on her. Michael makes Laura feel safe, loved, and appreciated. And until today, he has always been able to take away any pain that Laura experienced. As a couple, Michael and Laura celebrate one another's successes, and catch the other if one shall fall. They open their lives and their home to friends. They don't judge their friends by wealth or status, but rather by the person's depth of soul.

Michael's and Laura's devotion to their children is immeasurable, evidenced by how appreciative and loving their children are toward them. Michael has always called his daughter, Samantha, "LULU," an acronym for Love you, Love you. Samantha has always been a stellar student, with an abundance of friends. She trusts her parents implicitly, and thus, has always confided in them. Michael is truly Samantha's hero. The past year's events have taken a toll on Samantha, resulting in rapid weight loss and illness, as she fears for her father's future.

Michael has always called Jake, "Jakey." Jake, a freshman in college, is still Michael's little boy. Jake was always the most soft-spoken, sweetest, affectionate boy whom I have known. I have watched him grow into a charming, loving young man, who respects women, and may be the last chivalrous Millennial in this country. In high school, Jake was passionate about baseball; and Michael spent his weekends as Jake's cheerleader, never missing a game. No matter with whom Michael is keeping company, when Jake calls Michael answers the phone. I recently spent an afternoon with Michael and Laura, when Jake called in distress: He had a formal college event to attend, and did not know how to tie his tie. Michael went into his closet, selected a tie, and proceeded to put it around his neck and tie it. He then gently slipped it off, keeping it perfectly tied, and sent it via UPS to Jake.

I am one of the lucky ones to call Michael and Laura friends. And these two know the meaning of the word friendship. Nothing asked of Michael and Laura was too grand, nor too mundane. I admit that I was a bit of a high-maintenance friend, as I had experienced some tragedies in my life. Time and time again, I turned to Michael and Laura. After my divorce my ex-husband relocated, leaving my thirteen-year old daughter longing for a father figure. In stepped Michael. He put his phone number in my daughter's phone, and told her that she was his third child. He invited her to call him anytime she felt like talking. And call she did! I would hear her giggling in her room, only to peak my head in, and realize that she was talking to Michael. Sometimes, she called Michael to complain about me. Michael would listen to her, comfort her, and then tell her to do exactly as her mom said. Nicole has since been graduated from Columbia University and works at a top hedge fund. Yet, she still calls Michael for advice. And with all that Michael is experiencing, he still always has time to speak with Nicole.

After my divorce, I felt lonely and misplaced. Michael and Laura continuously reached out to me, insisting that I go to dinner with them, and always offered to take me on vacation with them. I even joined them for Valentine's Day dinners. When I started dating, Michael and Laura were the first ones to meet whomever I dated.

At times, I felt like a damsel in distress while trying to renovate my apartment and deal with difficult contractors. True to form, Michael stepped in and helped manage the process.

When I finally found love again, my fiancé ███████████████████████████████████████ Of course, Michael sprung into action, calling on his contacts to get my fiancé into the best treatment center.

My fiancé and I were married this past July, and Michael and Laura were by our sides. In spite of all that Michael was dealing with this summer, he put on a smile and celebrated my wedding, truly taking pleasure in my happiness. He even attempted to sew a 15" long tear in my wedding dress when I accidentally ripped it with my heel.

To most of the world, he is Michael Cohen, Trump's former "pit bull," possibly the "country's savior." To Laura, Samantha, Jake, my daughter, my husband, and me, he is our family, our best friend, our warrior, and our heart.

Sincerely,

*Elyse Kleiner*

**Elyse Kleiner**