# EXHIBIT 34

**WEATHERFORD**

To The Honorable William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 20B
New York, NY 10007

My name is Steve Weatherford. Prior to becoming an entrepreneur in the health and wellness sector, I was a professional athlete in the National Football League. Over the course of my ten-year career, I played for several franchises, including the New Orleans Saints, New York Jets, and New York Giants, and I have the privilege and honor of being a 2012 Super Bowl Champion. I am a proud Christian husband, father, entrepreneur, and philanthropist.

I met Michael Cohen in 2008. We were introduced by a mutual acquaintance who had known Michael since they were young. What initially struck me about Michael was his sense of honor, loyalty, and leadership. Over our nearly ten-year relationship, my esteem for Michael has continued to grow.

Michael is a leader who is as loyal, honorable, and steadfast as they come. Michael arrives early and stays late. He applies himself to the task at hand - whether it be professional, related to family, or philanthropic - more rigorously than anyone I've ever met. He is a man who shows respect and understands that respect is always earned, never gifted. In my mind, Michael is synonymous with excellence.

Michael is also a man of integrity and accountability. Michael has shown me that integrity means always being true to myself and, most especially, my word. His accountability is impeccable. No matter the time of day or night, or what may be happening in his personal life, Michael always has time to answer his phone and give his most precious commodity - his time. If Michael says he will be somewhere, you can count on it. Most importantly, the honor, adoration, and respect he shows his wife, Laura, and two children, Samantha and Jake, set the example I strive every day to attain with my own wife, Laura, and our beautiful five children.

Perhaps the most impressive part of Michael is his support and passion for charity and philanthropy, including my foundation. I have seen first hand the love, care, and dedication Michael has applied to my charitable foundation. He has coordinated and assisted in the execution of speakers, professional athletes, and role models to speak to the students in the city of Manhattan. He has done this selflessly to enrich the lives of others, and has asked for nothing in return. That love, care, and dedication has been instrumental in facilitating my charity's ability to change the lives of thousands of students in the Tri-state area.

After my teammates and I won Super Bowl 46, Michael was the first person I called when I exited the team plane in Newark, NJ. I was experiencing the pinnacle of my career as a professional football player and the actualization of a lifelong dream. I did not want to celebrate in a bar like some of my teammates - I wanted to cherish those fleeting moments with the person who had inspired and challenged me to become the best husband, father, community leader, man and athlete I was in that very moment. I think so highly of Michael that I gave the Super Bowl special teams game ball to Michael.



 **WEATHERFORD**

Michael has led me and others by example every single day. His heart is one that desires to serve others, and acts upon those desires over and over again. This does not imply perfection, but rather intention. Michael makes the country, world, and every person blessed to encounter him a better person. He is both a servant and a leader. My world has greatly benefited by his presence and influence.

Michael clearly has made a mistake and has taken responsibility for that mistake. However, I have personally witnessed so much good come from this man, regardless of who you are. As someone who is blessed to call Michael a friend, I ask that you please show him leniency when imposing a sentence on a truly special person.

Sincerely,

