# EXHIBIT 35

# CATHY GOTTLIEB WEISS

November 1, 2018

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom: 20B
New York, NY 10007

Dear Judge Pauley:

My name is Cathy Gottlieb Weiss and I am writing on behalf of Michael Cohen. I currently reside with my husband and three boys. I moved to New York City in 1986 to pursue a career working with both Domestic Violence and Sexual Assault Victims which to this day I am actively involved in.

Our family has known Michael Cohen since our now college age children met in the 4th grade.  Shortly after their family became part of our school community it became clear, very quickly, not only to myself but to the rest of the 4th grade mothers that Michael was clearly "The Super Dad." Michael took an interest in every single activity both inside and outside of the classroom whether it be a field trip that he insisted on chaperoning, or a gathering of his son's teammates to celebrate a baseball win. Michael was always there for his children, connected and present in a way that many of the other parents were unable to be.  His generosity was contagious.

Michael treated everyone the same regardless of what role they played in his life, from the Security Guard at the school, to the homeless man on the street—Michael always had time for a warm greeting, and always —a helping hand.

For us, as a family, Michael, without prompting from us, stepped in during a difficult time as we were venturing through the maze of the college admission process. Michael's ongoing guidance led to a successful placement at my son's first choice college. In addition to doing well those four years he was able to transfer those skills into the real world where he continues to thrive. The mentorship in which he provided for my son continues to be invaluable.

Even though Michael had never met our son, he took it upon himself to make endless calls on our behalf and connecting us with families that had been in similar situations.

His generous demeanor was nothing less than utterly genuine. Michael had become my "Superman" when others ran the other way.

I am writing to the court in the hopes that leniency will be considered during sentencing for a kind man who has lived a life of service in so many ways.  He is someone who is capable of enormous change and enormous goodness. Your Honor, please know that I trust Michael Cohen and know that he can live a life of high purpose.

Sincerely,

Cathy Gottlieb Weiss