# EXHIBIT 37

# AMERICAN TAGS, LLC
## 250 ESTEN AVENUE
## PAWTUCKET, RHODE ISLAND 02860

Tele 401-725-3856                               Fax 401-723-1650

---

August 29, 2018

TO WHOM IT MAY CONCERN:

    I write in support of Attorney Michael Dean Cohen. I have had a several year relationship with him both as a friend and on a professional/business level.

    In June of 2015 I was a principal in a startup Rhode Island Jewelry Manufacturing Company. New England's manufacturing community had been in financial ruin for the past 30 years. I reached out to Michael with no prior contact and to my surprise he personally returned my call. He listened, to our plight and was sympathetic to the challenges in light of NAFTA. He took a personal interest in helping my business and placed me in contact with several vendors on a multistate level. He offered advice and never asked for anything in return. In fact, his selfless assistance led to the new employment of nearly a dozen people in new jobs. From there, we went on to establish a friendship. In my dealings with him, he presented as a person of good moral character, respect, honesty and compassion.

    I also had opportunity to observe him as a family man where he is known to me as a loving and devoted husband and father. I am heartbroken for his circumstances, but admire his strength of character and fortitude by acceptance of responsibility for matters pursued by the United States Government. In many respects he and his family have more than paid a steep price in the court of public opinion and in politics.

    Finally, I believe, if given a chance, he will be of great future assistance to many other citizens in our American community, the same as he was to me. Please feel free to address any questions or concerns at my contacts.

Respectfully,

David DeAngelis
President, American Tags, LLC