# EXHIBIT 1

The Honorable William H. Pauley III,
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10001

September 14, 2018

Dear Honorable Judge Pauley,

I am Maurice Cohen, father of Michael Cohen. I hope this letter can shed clear light of who Michael is, as a person and human being.

I was born in Poland, in August of 1935. Shortly after turning 4 years old, the world around me turned into an inferno and my life was turned upside down. I survived bombings, target shooting, hunger and disease, gulags of Siberia, and persecution. Ultimately, my family and I were blessed to leave Europe and go to Canada.

Thinking about why I survived all those trials and tribulations, I realized the Lord had a purpose for my existence. I then decided to go to medical school, attending the 6 year combined medical program at the University of Toronto, Faculty of Medicine. Then, I came to New York for further graduate study as an ENT-Head and Neck surgeon.

I stayed on, taught at Downstate as an instructor, then assistant clinical professor, and opened a private practice in Brooklyn, NY to take care of the hardworking men and women as well as the less fortunate. I hoped to do some good, one person at a time, and possibly justify why the Lord decided to spare me.

As a proud American citizen, I love and cherish this wonderful country. My wife and children feel the same way.

Now to shed some light on Michael. He is my beloved son. A brief story can explain a great deal. As a young student, perhaps 8-10 years old, my wife and I had a parent-teacher meeting. Upon completion of a discussion of his school progress, this teacher said "I must share this with you. Michael saw me driving an old car, which did not start right away and the next day in private, he said to me: 'Sir, when I grow up, I will get a job, work hard, and buy you a new car.'" The teacher said "In all the years of my teaching; I have never encountered a child with so much heart and soul." As Michael grew older, there were many examples where Michael showed the same compassion and feelings of kindness for people. One in particular, was when his maternal grandfather was ███████████████████████████████████ Michael carried him up and down the stairs, out of his own love and volition.

This is Michael Cohen, a person with a heart and soul, always willing to help. So please where Michael is, let me be with him, and where he goes let me go. He is the oxygen in the air that I breathe. I am 83 years old, ravaged by time, ███████████

So, please your honor, I pray and beg, beg and pray that you won't take my oxygen away from me.

Respectfully,

Maurice Cohen