# EXHIBIT 3

Sara Armet
21 August 2018
Character Testimony, Michael Cohen

**"He handed me his card and from that day forward Michael Cohen has been my 'one phone call' in New York City. Michael Cohen paved the way to the New York City I will always know."**

In May 2010, I completed my education in fashion design at Syracuse University and moved two weeks later to Manhattan. I had interned at Barneys New York on Madison Avenue — I loved the store — it was an easy decision of where I would start my career.

I grew up in a small town in Massachusetts — I attended public schools K-12 — I knew nothing of designer labels — I just loved fashion and luxury. I was raised on values of hard work and discipline, recognizing right from wrong, to treat others how you wanted to be treated, and always stand up for what you believed in. My mother would drive us by Wellesley College, park the car and point: 'Hillary Rodham went to school here and she is going to be the first female President of the United States of America.' I was raised to dream big; that if you followed your passion the money would come. I was 21 years old when I moved to New York City, wide eyed, naïve, and hungry to make my way in the world of fashion. Michael Cohen, his wife Laura, and his daughter Samantha were the first people I met in the Big Apple.

It was the summer of 2010 and Samantha was heading back to school. Her father, Michael, brought her in to Barneys to shop for her back-to-school wardrobe. This kid was beyond her years. At 14 years old, she knew what she wanted; she had priorities and work ethic. She could have cared less about having anything, she tried on a few pairs of shoes that day, she was going to 'think it through'.

As I helped Samantha, I noticed her father had accompanied her. Michael was on the phone that day, but as I finished with Samantha he hung up the phone and asked me in classic Michael Cohen fashion: 'who are you? I don't know you.' He asked me a few rapid fire questions, I answered, and then countered with 'who are you?'.

He handed me his card and from that day forward Michael Cohen has been my 'one phone call' in New York City.

Michael Cohen paved the way to the New York City I will always know. He introduced me to everyone; he brought me countless clients at Barneys and remained fiercely loyal to me wherever I traveled down Madison and Fifth Avenue in the world of luxury retail. I will remain eternally grateful for the doors Michael and Laura opened for me.

I have an identical twin sister, Julia, who has also lived in Manhattan since studying at NYU. She met Michael and Laura one night in the neighborhood when walking home from work. He recognized her as my twin. From that day forward, he

Sara Armet
21 August 2018
Character Testimony, Michael Cohen

adopted her as well.

Michael Cohen is above all things a family man, putting family over everything. He has met every member of my family when they have visited for the weekend from Boston. He has a genuine interest in people. His purpose: to connect people. It fills Michael up to know he can be of service to friends and countless acquaintances. I am indebted to Michael Cohen for showing me that whoever you are, wherever you come from — we all have a story to share. Michael takes the time to know your story.

If I had to offer one instance, a testimony, on Michael Cohen's character: the story of 'SAVE JIM'S SHOE REPAIR' speaks volumes and demonstrates a true reflection of the man behind the name.

Like the Cohen family, I reside on the Upper East Side. I like to support small business in the neighborhood when I can. It was 2014. The 86th year old shoe repair — a fourth generation operation on East 59th Street — the premiere destination to get your shoes shined, the place where everybody knows your name, was on the brink of closing its doors. The original shoe shine remained intact, yet some how this heritage business had not been landmarked, rents were rising, and 'Jim's Shoe Repair' was about to be pushed out by Duane Reade. An age old story — the corporate monster against the mom-and-pop shop.

As a 25 year old woman, if I couldn't believe in the American Dream, what else was there left to believe in? I told the Rocco Family, owners of 'Jim's Shoe Repair', 'don't worry, I know the right person'. Michael Cohen. Within an hour, Fox 5 was camped out on the corner of 59th between Park and Madison. Within days, the Daily News, the New York Post took notice of the cry for help. We made so much noise in the neighborhood, the landlord backed down; Jim's renewed a lease for a decade.

As a millennial, coming up in a time of war, economic depression, fewer job opportunities, widened wage gaps, Michael gave me hope. Michael showed me one person could start a movement. Michael Cohen taught me to scream from the roof as loud as you can when you believe in something — because you can make a difference. He showed me how to be a mover and a shaker and to own it, every step of the way.

In 2015, my sister and I considered launching our own business — a personal styling concierge for teenagers. We were so certain THIS was our big break. It was a summer day; Michael cleared his schedule for us and brought us up to the 26th floor of Trump Tower.

He gave us the stage — we spent four hours at his office. Moving through

Sara Armet
21 August 2018
Character Testimony, Michael Cohen

every aspect of our business plan, bouncing around ideas. That afternoon he must have taken 20 phone calls just while we were at his office — every person on the line asking favors, Michael offering insight, making introductions, giving the person on the other end the tough love they needed. At no point in any of these conversations did anyone of these people ask Michael what HE needed. Michael never liked the spotlight. If his friends were shining, he was shining.

In the end, we realized that it was not a good idea for us as twins to be business partners. Our 'brilliant idea', Michael Cohen, 'our legal counsel', he never charged us a penny for his time that day. Michael Cohen doesn't operate on this kind of currency — his coin is generosity.

Michael was so excited to share with my sister and I when Mr. Trump was running for President. I was dumbfounded and disappointed; I am a registered Democrat. I said 'Michael, what about your run for mayor?' He said it would have to wait. He never put himself first. He put his own dreams and goals aside for his boss.

Right before the inauguration Michael and Laura came to see me to help with their wardrobe for Washington. This was a very exciting, optimistic time for the Cohen family. We went to lunch that day to celebrate. I insisted on putting it on the house account, Michael refused. He said it would look like a 'personal expense'; he was watching out for me.

It was a snowy day in January. I told Michael about everything I had been building toward in my personal life, including my involvement with the world of Jewish giving — how philanthropy and Israel gave me such purpose. He shared with me his parents' story of being Holocaust survivors and coming to the United States of America where there was opportunity. A place to start over and build a new life. This was never public knowledge; I encouraged him to take a stance on this, to have a voice in the Jewish world, that as a public figure his story needed to be heard.

When I read in the news these past few weeks, Michael speaking out on being the son of immigrant survivors of the camps, I have never been more proud to know him.

In life, we have all been chewed up and spit out at one time or another. Life is full of peaks and valleys. Situations, relationships ebb and flow. I am celebrating my 30th birthday on the 26th of September. I look back on my twenties with gratitude for all the experiences I have had. I see mistakes I have made, things I wish I had done. Michael Cohen has been there for me, for every high and low of this defining decade. He has been a father figure, a legal advisor, a shoulder to lean on, my New York family.

Sara Armet
21 August 2018
Character Testimony, Michael Cohen

    Michael Cohen, the family man, loyal, strong, resilient, a survivor. Someone destined to carry a heavy load, but persevere in the end. It is a great privilege to call Michael Cohen my friend.

*Sara Armet*     08/21/2018

Sara Armet
21 August 2018