# EXHIBIT 6

Rona Davis



August 28, 2018

To whom it may concern:

I have known Michael Cohen for ten years and he has consistently shown to be a loving husband and father, a great friend, and an active and engaged supporter of our children's school community. I feel compelled to write this letter on his behalf to show a side of him that may not be evident to the public.

My name is Rona Davis. I am 53 years old, married with three children and two step-children, and live in New York City. I have been a licensed real estate salesperson at Corcoran for the last four years.

I first met Michael, his wife and two children in 2008 when my family moved to the city from Westchester County, New York and my children entered Columbia Grammar and Preparatory School. My youngest daughter and his son were classmates and we shared years of school events and became friends through the school, various social events, and have even seen Michael and his family on some family vacations. Michael has always been a great and supportive friend and although I have never interacted with him on a professional basis, I saw him in action through our mutual work on behalf of our children's school.

Michael was always one of the most actively engaged volunteers and impressed me with his generosity, his infectious enthusiasm and his tremendous efforts to help our school community. I was a volunteer Auction Co-Chair and then a Co-Chair of our major annual school fundraiser, the Spring Benefit, and Michael consistently volunteered his time and effort collecting many priceless items for our auction. His involvement continued to increase each year until he became (for two consecutive years) a Co-Chair of this event which takes months of time and effort culminating in an inclusive dinner that seats over 700 parents and faculty and raises hundreds of thousands of dollars each year. Michael joined the CGPS Board a few years after I did and we continued to work together. Michael always stepped up above and beyond especially during some trying times at the school. In 2016, Michael volunteered to take over the fundraising role from our past chairman and spent countless hours reaching out to families. It was purely his drive and determination to raise as much money as possible that ensured that the scholarship fund was fully capitalized that year. Michael did not receive any special recognition for this task and he did this purely to help the children relying on these scholarships.

On a personal level, I have always seen Michael to be the most loving husband to his wife and father to his two children. He clearly demonstrates that his family is always his main focus and priority. He lights up talking about his son playing baseball and his brilliant and beautiful daughter who has just recently graduated from the University of Pennsylvania. He tears up when speaking of them. Michael has had some health issues over the years and has always treated each day he has with his family as precious time.

I respectfully believe that his consistent generosity and support of his community and his love for his family and friends should be considered when deliberating his case.

If you would like to have any further information, please do not hesitate to contact me.

Sincerely,
Rona Davis