# EXHIBIT 17



October 14, 2018

The Honorable William H. Parley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 20B
New York, New York 10017
United States of America

Your Honor:

My name is Faisal Hassan and I am honored to be writing to Your Honor in support of Michael Cohen.

I have known Michael in both a personal and professional capacity for over fifteen years. Personally, Michael is a very courtly, considerate and loyal friend whose manner and bearing is reminiscent of a more gracious era. His upbringing and his unassuming sophistication make him a wonderful friend. He has a great sense of humor and socially makes for great company. At the same time, Michael is extraordinarily discreet, has wise judgment and excellent character. He is also an active supporter of a number of educational, artistic and scientific programs both here in New York and in other parts of the country.

Our families met when our children were enrolled in the same school over fifteen years ago and since then, our children and our families have had an unbroken bond of friendship. Michael is first and foremost deeply committed to his family and this is the quality that drew me, and continues to draw people to him.

Michael is also an exceptionally successful lawyer and businessman who has achieved success both in the public and private sectors. His legal and business knowledge, loyalty, wisdom and, above all, ethics are at the highest level.

In 2014, my family and I moved out of New York due to my work in Africa and even though our visits to the city became less frequent our friendship with Michael and his

family only strengthened. We spoke regularly and saw each other frequently both in the United States and overseas. When, in 2016, my wife and son wanted to mount a humanitarian mission to aid refugee children in Jordan in need of surgical intervention Michael was one of the first people I called. His generosity and selflessness with his time and resources ensured the success of the medical mission with Operation Smile. Hundreds of Syrian refugee and Jordanian orphaned children enjoy a normal childhood and a better life today thanks to what Michael directly helped us accomplish.

Knowing Michael as I do, knowing all the good Michael has done to his community and country, and knowing the true measure and goodness of this man, I would respectfully ask Your Honor to show leniency towards this very good man whose greatest weakness has been his blind loyalty towards those who have misused his trust and his good name. I am proud to call Michael my friend.

Sincerely,

Faisal Hassan
Chairman and CEO