# EXHIBIT 18

Ranya Idliby

September 10th, 2018

To Whom It May Concern,

Michael Cohen met my husband Sami in 1984 when they were both freshmen at The American University in Washington D.C. They became instant friends and belonged to a larger circle of eclectic friendships that included Syrians (my husband), Jews, Lebanese, Saudis, and Italians, to name a few of the diverse nationalities and religions that comprised the group. I did not meet Michael till years later, a decade ago, when our paths crossed and we became family friends. I am writing to you as someone who has experienced and witnessed what I believe are some of the higher values and integrity of character, which I have both heard about and experienced in my friendship with Michael.

The Michael of his college days, according to my husband, was a hard working student who completely avoided alcohol and drugs. He was a serious and loyal friend who could be counted on to organize, lead, and plan. His discipline had him often retire first to bed as well as be the first to make the coffee run.

The Michael whom I was first introduced to is a family man who is a committed and loyal husband to his wife Laura and a loving and supportive father to his two children Samantha and Jake. An example of his character that sticks out in my mind, my son played competitive basketball in the same league but on a different team than Michael's son Jake. Michael was always a present and supportive father at the games, role modeling impeccable sportsmanship, and going out of his way to compliment my son, even if he was on the opposing team.

We are an American Muslim family. When candidate Trump made derogatory statements about Muslims and the ban, Michael asked us out to dinner to apologize for his hurtful comments, distancing himself from the public position, and even expressing his shame and his children's embarrassment at his association with such a view. He has always been a man who has been most eager to preserve his name, reputation and honor, role modeling these values to his children. It is with great pain and distress that we see Michael going through the biggest challenge of his life, to lose those very things he holds so dear and worked so hard to role model to his children. He has been a pillar of support and love for his family and many friends. We humbly hope a measure of leniency will be considered if only for his family's sake.

Sincerely yours,