# EXHIBIT 19



## Felix Karafin M.D

RE: Mr. Michael Cohen Case

To Whom It May Concern

It is with genuine honor that I pen this letter in favor of Michael, my dear friend and family, who I've come to know very well in over 20 years. Unfortunately, the image of Michael was distorted by mainstream media on so many levels, that no one wants to hear or to see the other side. We must not forget, as Alain de Botton said, "whatever modern democracies may tell themselves about their commitment to free speech and diversity of opinions, the values of a society will match those of whichever organizations have scale to pay for 30 second slots around the nightly news." Those organizations depicted Michael in a different way than I will in this letter.

The Michael I know is exceptionally caring, loving and willing to go above and beyond for anyone who needs help or advice. Michael was the first person to help when ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ he was there for my family every step of the way. He was the one who stood up to the Dept. of Education when ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ interference from local authorities. Michael was one of few people who believed in me and helped me to obtain residency when most of the doors were closed in my face. Likewise, he was first to congratulate me when I became "Resident of the Year" and, eventually, for having the best scores in a class on the Boards.

Michael is genuine in his longing for the well-being of the people surrounding him and leverages his abilities to fulfill the latter. Although the media perpetually discredits him, Michael is an exceptionally honest man. In fact, I believe it will be difficult, if not impossible, to find a friend, business partner or family member who Michael betrayed or treated unfairly.

If small episodes can add up to form a bigger picture - one of them was when Michael drove half of the African-American church choir attending my young brother's funeral to the cemetery. They described being with him as the most joyful experience. This was long before the presidential campaign and the "need to establish connections" with African-American community. It is simply the kind of person Michael is.

Michael's presence can be felt in the room instantly; he has an incredible ability to make friends and is typically treated as a "buddy" rather than a star figure. Despite his immeasurable success, Michael is always relatable and makes others feel special.

The recent statement about his loyalty to the family was a "surprise" for everyone except the people who know Michael. Loyalty is a quintessential trait of Michael's character. Michael is also widely admired by our younger generation. He has many of his own stories to tell, but he is always more interested in listening to others rather than dominating conversations. And when it' Michael's turn to speak, everyone listens attentively, for there is a lot to be learned from a man like him.

My family and I are so sad to see Michael going through this hardship, because so many success stories wouldn't exist now if it weren't for him. I hope that this letter will help in reducing his sentence and will give him an opportunity, like the one he gave to my family and me

Sincerely,
Felix Karafin MD
09/01/2018