# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:        (646) 385-1479
gpetrillo@pkbllp.com

December 7, 2018

**BY EMAIL AND ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *United States v. Michael Cohen*, 18 Cr. 602 (WHP), 18 Cr. 850 (WHP)

Dear Judge Pauley:

    In connection with the above-referenced cases, we write respectfully to correct footnote 7 on page 14 of our Sentencing Memorandum dated November 30, 2018. The number in footnote 7 should be approximately $1.9 million, and includes federal and New York State taxes paid during the tax years in issue. We apologize for the error.

Respectfully submitted,

Guy Petrillo

cc:    Andrea M. Griswold
       Rachel Maimin
       Thomas McKay
       Nicolas Roos
       United States Attorney's Office
        for the Southern District of New York

       Jeannie S. Rhee
       Andrew D. Goldstein
       L. Rush Atkinson
       The Special Counsel's Office