UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                      |

UNITED STATES OF AMERICA,        |

              Plaintiff,         |

                               |       18 Cr 602 (WHP)

              -v-            |       18 Cr 850 (WHP)

                               |

MICHAEL COHEN,             |

              Defendant.    |

--------------------------------------------------------x

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, MICHAEL D. MONICO hereby moves this Court for an Order for admission to practice *pro hac vice* as counsel for Michael Cohen in the above-captioned actions.

       Michael D. Monico states that he is a member in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against him in any state or federal court. Michael D. Monico has never been censured, suspended, disbarred or denied admission or readmission by any court. An affidavit pursuant to Local Rule 1.3 is attached.

February 15, 2019                        <u>/s/ Michael D. Monico</u>

Michael D. Monico
MONICO & SPEVACK
20 South Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500
<u>mm@monicolaw.com</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       |
UNITED STATES OF AMERICA,                              |
                                                       |
                        Plaintiff,                     |
                                                       |                    18 Cr 602 (WHP)
                        -v-                             |                    18 Cr 850 (WHP)
                                                       |
MICHAEL COHEN,                                          |
                                                       |
                        Defendant.                     |
                                                       |
-------------------------------------------------------x

### Affidavit of Michael D. Monico

1.  My name Michael D. Monico.  My business address is 20 South Clark, Suite 700 Chicago, Illinois 60603. I am a member of good standing of the Illinois state bar. My Illinois attorney registration number is 1943596.  I am admitted to practice in the State of Illinois.

2.  I have never been convicted of a felony.

3.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.  There are no disciplinary proceedings presently against me.

This 15th day of February, 2019.

_____
Michael D. Monico

Sworn to and Subscribed

Before me this 15TH day

Of FEBRUARY , 2019

"OFFICIAL SEAL"
LOREN A. CROSS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/24/2021

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Donald Monico

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/24/1973 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 13th day of February, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
```
                                              |
UNITED STATES OF AMERICA,                     |
                                              |
                 Plaintiff,                   |
                                              |          18 Cr 602 (WHP)
                 -v-                          |          18 Cr 850 (WHP)
                                              |
MICHAEL COHEN,                                |       ORDER FOR ADMISSION
                                              |           PRO HAC VICE
                 Defendant.                   |
                                              |
```
-------------------------------------------------------x

The motion of Michael D. Monico, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

      Michael D. Monico
      Monico & Spevack
      20 S. Clark St., Suite 700
      Chicago, Illinois 60603
      (312) 782-8500
      (312) 759-2000 (Fax)

Applicant have requested admission *Pro Hac Vice* to appear for all purposes as counsel for Michael Cohen in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                      _____
                                      United States District Judge William Pauley