UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

           Plaintiff,

           -v-
                                                 18 Cr 602 (WHP)
                                                 18 Cr 850 (WHP)

MICHAEL COHEN,

           Defendant.

------------------------------------------------------------x

## Affidavit of Michael D. Monico

1. My name Michael D. Monico. My business address is 20 South Clark, Suite 700 Chicago, Illinois 60603. I am a member of good standing of the Illinois state bar. My Illinois attorney registration number is 1943596. I am admitted to practice in the State of Illinois.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

This 15th day of February, 2019.

                                                                     _____
                                                                     Michael D. Monico

Sworn to and Subscribed

Before me this 15TH day

of FEBRUARY, 2019

_Loren A. Cross_ (signature)

"OFFICIAL SEAL"
LOREN A. CROSS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/24/2021