UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
               |
UNITED STATES OF AMERICA,       |
               |
      Plaintiff,         |
               |      18 Cr 602 (WHP)
-v-             |      18 Cr 850 (WHP)
               |
MICHAEL COHEN,           |     **ORDER FOR ADMISSION**
               |     **PRO HAC VICE**
      Defendant.       |
               |
-------------------------------------------------------x

The motion of Michael D. Monico, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

> Michael D. Monico
> Monico & Spevack
> 20 S. Clark St., Suite 700
> Chicago, Illinois 60603
> (312) 782-8500
> (312) 759-2000 (Fax)

Applicant have requested admission *Pro Hac Vice* to appear for all purposes as counsel for Michael Cohen in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                             United States District Judge William Pauley