UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-                                     18 Cr 602 (WHP)
                                          18 Cr 850 (WHP)

MICHAEL COHEN,

        Defendant.

------------------------------------------------------------x

### Affidavit of Barry A. Spevack

1. My name Barry A. Spevack. My business address is 20 South Clark, Suite 700 Chicago, Illinois 60603. I am a member of good standing of the Illinois state bar. My Illinois attorney registration number is 3122754. I am admitted to practice in the State of Illinois.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

This 15th day of February, 2019.

_____
Barry A. Spevack

Sworn to and Subscribed

Before me this _15TH_ day

Of _FEBRUARY_, 2019

_[signature: Loren A. Cross]_

"OFFICIAL SEAL"
LOREN A. CROSS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/24/2021