# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:           (646) 385-1479
gpetrillo@pkbllp.com

February 19, 2019

**BY EMAIL**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *United States v. Michael Cohen*, 18 Cr. 602 (WHP)

Dear Judge Pauley:

    In connection with the above-captioned matter, our firm respectfully requests to be relieved as counsel to Michael Cohen, who by email on January 28, 2019, terminated our engagement.

Respectfully submitted,

*Guy Petrillo /DZG*

Guy Petrillo

cc:    AUSA Andrea Griswold
       AUSA Rachel Maimin
       AUSA Thomas McKay
       AUSA Nicolas Roos