

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

February 28, 2019

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Michael Cohen</u>, 18 Cr. 602 (WHP)

Dear Judge Pauley:

    Pursuant to the Court's February 7, 2019 opinion and order (the "Order"), the Government respectfully submits, under seal, copies of the search warrant materials that were the subject of the Order. The Government has proposed redactions that it believes are consistent with the Order. In addition, although not specifically addressed in the Order, the Government has redacted the email addresses of Michael Cohen and others, as well as Cohen's phone numbers, apartment number, and safety deposit box number.

    Respectfully submitted,

    ROBERT KHUZAMI
    Attorney for the United States,
    Acting Under Authority Conferred by
    28 U.S.C. § 515

By: _____
    Thomas McKay / Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2200

cc:  Counsel of Record (by ECF)