UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

            -against-

MICHAEL COHEN,

            Defendant.

            :      18cr602

            :      ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court has reviewed the Government's proposed redactions of the search materials submitted ex parte pursuant to this Court's February 7, 2019 Opinion & Order. This Court approves the proposed redactions, including those of the email addresses of Michael Cohen and others, as well as Cohen's phone numbers, apartment number, and safety deposit box number. The Government is directed to file redacted copies of the search warrant materials on the public docket on March 19, 2019.

Dated: March 18, 2019
      New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                        U.S.D.J.