

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2019

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>United States v. Michael Cohen</u>, 18 Cr. 602 (WHP)

Dear Judge Pauley:

    On February 7, 2019, the Court issued an opinion and order (the "Order"), granting in part and denying in part a request by several media organizations to unseal certain search warrant materials in the above-captioned case. Relevant here, the Court authorized redaction of certain portions of the materials in order to protect an ongoing investigation, and directed the Government to provide a status update on the need for continued redaction by May 15, 2019. On May 15, 2019, the Government submitted a sealed, *ex parte* letter, setting forth the need to continue redaction of the materials in question. For the reasons set forth in that submission, the Government respectfully requests that the Court authorize the continued redaction for at least 60 days, at which time the Government will provide another status update.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Attorney for the United States,
                              Acting Under Authority Conferred by
                              28 U.S.C. § 515

By: _____
       Thomas McKay / Nicolas Roos
       Assistant United States Attorneys
       (212) 637-2200

cc: Counsel of Record (by ECF)