UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
UNITED STATES OF AMERICA, :
: 18cr602
-against- :
: ORDER
MICHAEL COHEN, :
:
                Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

       This Court has reviewed the Government's status report submitted <u>ex parte</u> and under seal on May 15, 2019 pursuant to this Court's February 7, 2019 Opinion & Order. In view of the ongoing aspects of the Government's investigation articulated in the Government's status report, this Court determines that continued redaction of the Materials is justified at this juncture.

       The Government is directed to submit a further status report, <u>ex parte</u> and under seal, by July 15, 2019 identifying the individuals or entities subject to any ongoing investigations and explaining any need for continued redaction. If any intervening event obviates the need for continued redactions, the Government shall advise this Court forthwith.

Dated: May 21, 2019
      New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.