

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 18, 2019

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Michael Cohen</u>, 18 Cr. 602 (WHP)

Dear Judge Pauley:

    Pursuant to the Court's February 7, March 18, and July 17, 2019 orders, the Government attaches redacted copies of the search warrant materials that were the subject of these orders, as well as a redacted copy of the Government's July 15, 2019 status letter. An index of the attached documents is provided below:

    <u>Exhibit 1 – 18 Mag. 2969.</u> April 8, 2018 application, affidavit, and search warrants for four premises and two cellular phones associated with Michael Cohen.

    <u>Exhibit 2 – 18 Mag. 2698.</u> April 9, 2018 application, affidavit, and search warrant for a hotel room associated with Michael Cohen.

    <u>Exhibit 3 – 18 Mag. 1696.</u> February 28, 2018 affidavit and search warrants for email accounts used by Michael Cohen and three other individuals.

    <u>Exhibit 4 – 18 Mag. 1697.</u> February 28, 2018 application, affidavit, and search warrant for a device containing the results of three prior search warrants of email accounts used by Michael Cohen.

    <u>Exhibit 5 – 18 Mag. 2877.</u> April 5, 2018 affidavit and search warrant for out of jurisdiction attachments from email search warrant included in Exhibit 3.

    <u>Exhibit 6 – 18 Mag. 2958.</u> April 7, 2018 application, affidavit and search warrant for three devices containing the results of prior search warrants of email and iCloud accounts used by Michael Cohen.

    <u>Exhibit 7 – 18 Mag. 2957.</u> April 7, 2018 application, affidavit and search warrant for cellphone location information for two cellular phones used by Michael Cohen.

Exhibit 8 – 18 Mag. 2974.  April 8, 2018 affidavit and search warrant for cellphone location information for two cellular phones used by Michael Cohen.

Exhibit 9 – Government's July 15, 2019 status letter.

          Respectfully submitted,

          AUDREY STRAUSS
          Attorney for the United States,
          Acting Under Authority Conferred by
          28 U.S.C. § 515

By: _____
          Thomas McKay / Nicolas Roos
          Assistant United States Attorneys
          (212) 637-2200

cc: Counsel of Record (by ECF)