UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

    UNITED STATES OF AMERICA,

                Plaintiff,                    **NOTICE OF MOTION**

        -v.-                            **18-cr-602 (WHP)**
                                        **18-cr-850 (WHP)**
    MICHAEL COHEN,

                Defendant.

———————————————————————X

    SIRS:

        PLEASE TAKE NOTICE that, upon the annexed Affirmation of
MICHAEL COHEN dated the 10th day of December, 2019, the Affirmation of
LANNY DAVIS dated the 26th day of November, 2019, the Affirmation of
MICHAEL MONICO dated the 9th day of December, 2019, the Affirmation of
ROGER BENNET ADLER dated the 10th day of December, 2019, a copy of the
Judgment and Commitment order, the sentence minutes, and all of the
proceedings heretofore had herein, the undersigned will move in the United
States District Court for the Southern District of New York, located at 500 Pearl
Street in Courtroom 20B before Judge WILLIAM H. PAULEY on a date and time
to be designated by the Court for an order pursuant to Rule 35(b) of the Federal
Rules of Criminal Procedure for an order:

                (1) Reducing the Court's previously imposed 36 month term of
                    imprisonment, or, in the alternative, reducing it to a term of
                    home confinement, coupled with a "community service"
                    component,

(2) Ordering a hearing to explore, evaluate, and quantify the cooperation which Defendant MICHAEL COHEN provided to the United States Government,

(3) Granting such other and further relief as the Court deems just and proper.

Dated:     New York, New York
           December 11, 2019

Yours, etc.,

Roger Bennet Adler, Esq.
Attorney for Defendant
233 Broadway, Suite 2340
New York, New York 10279
(212) 406-0181

To:

**_Via ECF_**
Assistant U.S. Attorney Thomas McKay
c/o United States Attorney's Office
One St. Andrews Plaza
New York, New York 10007

**_Via 1st Class Mail_**
Mr. Michael D. Cohen
Inmate # 86067-054
c/o Otisville Camp
P.O. Box 1000
Otisville, New York 10963

**_Via email_**
Lanny J. Davis, Esq.
Michael Monico, Esq.