UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

       -against-                                              :       18 Cr. 602 (WHP)
                                                                     18 Cr. 850
MICHAEL COHEN                                    :       ORDER
                          Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court received Defendant's Motion to Reduce Sentence filed December 11, 2019. The following schedule is established:

       1. The Government's response shall be submitted by December 20, 2019.

       2. The Defendant's reply shall be submitted by January 10, 2020.

Dated: New York, New York
       December 16, 2019

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.