FD-302 (Rev. 5-8-10)

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   03/19/2019

    MICHAEL COHEN, date of birth (DOB) ▓▓▓▓▓ was interviewed at the US Attorney's Office in the Southern District of New York. Also present were Assistant US Attorneys ▓▓▓▓▓ Investigator ▓▓▓▓▓, FBI Special Agents ▓▓▓▓▓ ▓▓▓▓▓ FBI Intelligence Analyst ▓▓▓▓▓ and COHEN's attorneys, Michael Monico and Carly Chocran. COHEN initialed a proffer agreement he had signed in previous proffer sessions. After being advised of the identity of the interviewing Agents and the nature of the interview, COHEN provided the following information:

**UNCLASSIFIED//FOUO**

Investigation on  02/07/2019  at  New York, New York, United States (In Person)

File # ▓▓▓▓▓                                         Date drafted  02/13/2019

by ▓▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED//FOUO**

56D-NY-2599350

Continuation of FD-302 of (U) Michael Cohen 2/7/2019 Interview , On 02/07/2019 , Page 6 of 12

After TRUMP was elected president, COHEN left the TRUMP ORGANIZATION. COHEN did not want to move to Washington DC. COHEN had no actual interest in being Attorney General or TRUMP's Chief of Staff.