| From | Body | Timestamp: Time |
|---|---|---|
| Person-1 | I voted for him! | 11/8/2016 10:46:01 PM(UTC-5) |
| Cohen | I vote for you!!! | 11/8/2016 10:46:23 PM(UTC-5) |
| Person-1 | And I've spent the last month tracking down a dress for Ivanka😊 | 11/8/2016 10:46:27 PM(UTC-5) |
| Person-1 | Thanks! I'm gonna need help finding a new job when this election is over! | 11/8/2016 10:47:05 PM(UTC-5) |
| Cohen | You're coming with me to the White House | 11/8/2016 10:47:27 PM(UTC-5) |
| Cohen | Astro chief of staff | 11/8/2016 10:47:34 PM(UTC-5) |
| Cohen | Asst to chief of staff | 11/8/2016 10:47:44 PM(UTC-5) |
| Person-2 | Big day. You guys might just pull this off. | 11/8/2016 11:04:37 AM(UTC-5) |
| Cohen | Hoping!!! | 11/8/2016 11:12:01 AM(UTC-5) |
| Person-2 | Chief of staff | 11/8/2016 11:13:47 AM(UTC-5) |
| Cohen | That would be nice | 11/8/2016 11:14:56 AM(UTC-5) |
| Person-3 | I saw they're considering reince peribus for chief of staff | 11/12/2016 12:22:50 PM(UTC-5) |

| | | |
|---|---|---|
| Cohen | He's pushing like a madman | 11/12/2016 2:54:37 PM(UTC-5) |
| Person-3 | Do you still have a chance | 11/12/2016 2:55:00 PM(UTC-5) |
| Cohen | So many opportunities | 11/12/2016 3:16:12 PM(UTC-5) |
| Person-3 | Like what | 11/12/2016 3:16:21 PM(UTC-5) |
| Cohen | When they come closer I will tell you all of them | 11/12/2016 3:16:42 PM(UTC-5) |
| Person-3 | Ok | 11/12/2016 3:16:48 PM(UTC-5) |
| Cohen | How are you | 11/12/2016 3:16:55 PM(UTC-5) |
| Person-3 | I'm good | 11/12/2016 3:19:32 PM(UTC-5) |
| Person-3 | Are the opportunities in government or no? | 11/12/2016 3:19:55 PM(UTC-5) |
| Cohen | A hybrid | 11/12/2016 4:18:22 PM(UTC-5) |
| Person-3 | You ok? | 11/13/2016 5:48:26 PM(UTC-5) |
| Cohen | Yes | 11/13/2016 5:49:03 PM(UTC-5) |
| Person-3 | You sure? | 11/13/2016 5:49:11 PM(UTC-5) |
| Cohen | Yes | 11/13/2016 5:49:48 PM(UTC-5) |
| Cohen | Disappointed but understand why | 11/13/2016 5:50:01 PM(UTC-5) |
| Person-3 | You can tell me | 11/13/2016 5:50:05 PM(UTC-5) |
| Person-3 | Trump shouldn't have spoken to you before the news came out | 11/13/2016 5:50:36 PM(UTC-5) |
| Cohen | He needs an insider to give the presidency validity. To take someone with no political navigations for the role would cause everyone to say it's going to be a banana cabinet | 11/13/2016 5:51:43 PM(UTC-5) |

|  |  |  |
|---|---|---|
| Person-4 | Cohn or Powell will be Chief of Staff | 5/14/2017 2:29:05 PM(UTC-4) |
| Cohen | Neither | 5/14/2017 2:29:15 PM(UTC-4) |
| Person-4 | Who then | 5/14/2017 2:29:21 PM(UTC-4) |
| Cohen | Really? | 5/14/2017 2:29:29 PM(UTC-4) |
| Person-4 | If Powell she'd be the first woman | 5/14/2017 2:29:41 PM(UTC-4) |
| Person-4 | Not jared | 5/14/2017 2:29:43 PM(UTC-4) |
| Person-4 | Too close | 5/14/2017 2:29:46 PM(UTC-4) |
| Cohen | Really? | 5/14/2017 2:29:56 PM(UTC-4) |
| Person-4 | Not ivanka | 5/14/2017 2:30:00 PM(UTC-4) |
| Person-4 | Too close | 5/14/2017 2:30:04 PM(UTC-4) |
| Cohen | Keep guessing dopey | 5/14/2017 2:30:11 PM(UTC-4) |
| Person-4 | Stop!!!! | 5/14/2017 2:30:16 PM(UTC-4) |
| Person-4 | You??? | 5/14/2017 2:30:18 PM(UTC-4) |
| Cohen | I will give you a hint...yes | 5/14/2017 2:30:25 PM(UTC-4) |
| Person-4 | Omg | 5/14/2017 2:30:32 PM(UTC-4) |
| Person-4 | Please be true | 5/14/2017 2:30:37 PM(UTC-4) |
| Person-4 | Are you serious?  You need to | 5/14/2017 2:30:58 PM(UTC-4) |
| Cohen | He needs to ask. I would never | 5/14/2017 2:31:10 PM(UTC-4) |

| | | |
|---|---|---|
| Cohen | It's disrespectful | 5/14/2017 2:31:17 PM(UTC-4) |
| Person-4 | He needs someone from his old world there. He doesn't trust anyone else | 5/14/2017 2:31:33 PM(UTC-4) |
| Person-4 | You would be perfect | 5/14/2017 2:31:39 PM(UTC-4) |
| Cohen | How could he? They are all about themselves and I have always been about him...even to my detriment | 5/14/2017 2:32:15 PM(UTC-4) |
| Person-4 | Exactly | 5/14/2017 2:32:24 PM(UTC-4) |
| Cohen | All with not a shred of appreciation from anyone | 5/14/2017 2:32:33 PM(UTC-4) |
| Person-4 | Yup | 5/14/2017 2:32:37 PM(UTC-4) |
| Person-4 | I'm sorry | 5/14/2017 2:32:41 PM(UTC-4) |
| Person-4 | ☹ | 5/14/2017 2:32:43 PM(UTC-4) |
| Person-4 | Very frustrating | 5/14/2017 2:32:48 PM(UTC-4) |
| Cohen | From the start, to the sexist issue, to the coalition, to protection him...all to my detriment and not even a shred of appreciation. And I would do it all again. | 5/14/2017 2:33:40 PM(UTC-4) |
| Person-4 | I know you would | 5/14/2017 2:34:14 PM(UTC-4) |
| Cohen | So either I'm an idiot or just a loyal soldier | 5/14/2017 2:34:24 PM(UTC-4) |
| Cohen | It's a 50-50 call | 5/14/2017 2:34:36 PM(UTC-4) |
| Person-4 | I feel like I don't even know the kids anymore. No one texts or calls. It's heartbreaking. Exactly. I don't know | 5/14/2017 2:34:52 PM(UTC-4) |
| Cohen | Sad | 5/14/2017 2:35:24 PM(UTC-4) |
| Person-4 | Yup | 5/14/2017 2:35:28 PM(UTC-4) |
| Cohen | Lots of articles about a shakeup | 5/14/2017 2:37:18 PM(UTC-4) |

| | | |
|---|---|---|
| Cohen | He needs to go back to thebbasics | 5/14/2017 2:37:29 PM(UTC-4) |
| Person-4 | Exactly.  Which means it's definitely happening.  Even faster than most predicted.  I said at the 6 month mark he's going to look up from his desk and be like, "Who the hell are all these people? Where's Cohen, where's Larry, where's Rhona?" | 5/14/2017 2:38:33 PM(UTC-4) |
| Person-4 | Instead it happened at 5 months | 5/14/2017 2:38:42 PM(UTC-4) |
| Person-4 | You can't expect the same private sector success if you don't have the same private sector people | 5/14/2017 2:39:04 PM(UTC-4) |
| Person-4 | Basics | 5/14/2017 2:39:17 PM(UTC-4) |
| Cohen | There's no loyalty to him by these swamp rats. I watch it on tv and seriously want to jump in and crack them across the jaw | 5/14/2017 2:39:57 PM(UTC-4) |
| Person-4 | Me too | 5/14/2017 2:40:06 PM(UTC-4) |
| Cohen | Well keep my name in range loop please | 5/14/2017 2:40:33 PM(UTC-4) |
| ■■■ | ■■■ | ■■■ |
| Person-5 | When are u chief of staff | 1/25/2018 8:50:31 PM(UTC-5) |
| Cohen | Maybe 3 to 4 months | 1/25/2018 8:51:19 PM(UTC-5) |