<div style="text-align:center">
**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**
</div>

233 BROADWAY-STE 2340  
NEW YORK, N.Y. 10279

TEL. (212) 406-0181  
FAX (212) 233-3801

January 9, 2020

**_Via ECF_**
Hon. William H. Pauley
U.S. District Court, S.D.N.Y.
c/o United States Courthouse – Room 221
500 Pearl Street
New York, NY 10007

> **Re: United States v. Michael Cohen**
> **(18-cr-602 [W.H.P.])**
> **(18-cr-852 [W.H.P.])**

Dear Judge Pauley:

    I respectfully write to Your Honor in the nature of an application pursuant to the Southern District Court's Electronic Case Filing Rules and Regulations Rule 6.1 to seek permission to file a single "Reply Affirmation" from Defendant Michael D. Cohen under seal. As you will note, Government counsel was provided with a copy of the application, and has consented to sealing paragraphs 6 through 27.

    The reason for this application is to permit the filing of Mr. Cohen's Reply Affirmation discussing aspects of previously referenced proffer sessions containing information and details which involve third parties, and which, due to the pending of some of their cases (e.g. *United States v. Zuberi*), should not be in the public domain. There will, at minimum, be publicly filed Reply Affirmations from (1) Michael D. Cohen, and (2) myself.

    Against this backdrop, I do not discern any discernible prejudice to either the Court, or the United States Attorney's Office, should this application be granted.

<div style="margin-left:50%">
Very truly yours,

Roger Bennet Adler
*Attorney for Defendant Michael D. Cohen*
</div>

RBA/gr

Cc:

**_Via email_**
Assistant U.S. Attorney Thomas McKay
c/o Acting United States Attorney Audrey Strauss