UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

    UNITED STATES OF AMERICA,

                Plaintiff,                          **REPLY AFFIRMATION**

                                                    **18-cr-602 (WHP)**

        -v.-                                        **18-cr-852 (WHP)**

    MICHAEL COHEN,

                Defendant.

———————————————————————————X

MICHAEL MONICO, being an attorney-at-law duly licensed to practice law in the State of Illinois, and a member of the bar of the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit, makes the following allegations under the penalty of perjury:

        1.      Your Affirmant is retained counsel to the Defendant MICHAEL D. COHEN ("COHEN"), an inmate at the Otisville Correctional Facility in Orange County, New York serving a three-year prison term, previously imposed on December 12, 2018, and is familiar with the facts and circumstances surrounding this case. This Affirmation is respectfully submitted in response to the December 19, 2019 submission by Acting United States Attorney Audrey Strauss, which is both unsworn, and contains no supporting sworn statements.

## BACKGROUND

        2.      Your Affirmant represented Mr. COHEN at a February 7, 2019 proffer session with the Southern District of New York Office of the United States

Attorney's Office (the "SDNY"). It is Your Affirmant's recollection that Mr. COHEN

answered all of the questions put to him by the Government. Your Affirmant believed

Mr. COHEN to be truthful in statements he made to the Government, notably Assistant

United States Attorneys ("AUSA") Thomas McKay and Nicholas Roos, at this February

7, 2019 proffer session.

   3.  Your Affirmant again represented Mr. COHEN during his testimony

at the Hearing before the House of Representatives Committee on Oversight and

Reform on February 27, 2019 as well as other appearances before the Senate Select

Committee on Intelligence on February 26, 2019 and the Permanent Select Committee

on Intelligence in the House of Representatives on February 28, 2019 and March 6,

2019. Appended as exhibits are statements made acknowledging Defendant Cohen's

pre-impeachment testimony and cooperation with Congress (see exhibits "A" and "C").



5.

Your Affirmant recently learned from media reports (see exhibit "B") that Mr. Zuberi pled guilty in Los Angeles Federal District Court to three counts, charged in a criminal Information, for making illegal contributions to President Donald Trump's inaugural committee. He is also charged by the Southern District of New York with obstructing justice.

## **CONCLUSION**

WHEREFORE, Your Affirmant respectfully prays that the motion be GRANTED to the extent of ordering a hearing.

Dated:    Chicago, Illinois
January 10, 2019

_____
Michael Monico
*Attorney for Defendant Michael Cohen*