# Monico & Spevack
## ATTORNEYS AT LAW

MICHAEL D. MONICO
BARRY A. SPEVACK
JACQUELINE S. JACOBSON
CARLY A. CHOCRON

20 SOUTH CLARK STREET
SUITE 700
CHICAGO, ILLINOIS 60603
(312) 782-8500
FAX (312) 759-2000

March 20, 2019

Thomas McKay
Assistant U.S. Attorney
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007

Dear Mr. McKay:



## MONICO & SPEVACK
ATTORNEYS AT LAW



Very truly yours,

Michael D. Monico