```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -  X
                                     :
UNITED STATES OF AMERICA             :    SUPERSEDING INFORMATION
                                     :
          - v. -                     :    S2 19 Cr. 271 (CS)
                                     :
JEFFREY COMPRES,                     :
    a/k/a "JD,"                      :
                                     :
                                     :
          Defendant.                 :
                                     X
- - - - - - - - - - - - - - - - - -
```

## COUNT ONE

### (Narcotics Conspiracy)

The United States Attorney charges:

1.  In or about March 2019, in the Southern District of New York and elsewhere, JEFFREY COMPRES, a/k/a "JD," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JEFFREY COMPRES, a/k/a "JD," the defendant, and others known and unknown, would and did distribute, and possess with the intent to distribute, controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substances that JEFFREY COMPRES, a/k/a "JD," the defendant, conspired to distribute and to possess with

the intent to distribute were: : i) 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B); and ii) 100 grams and more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

((Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Information, JEFFREY COMPRES, a/k/a "JD," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSET PROVISION

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

   b. has been transferred, or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

   (Title 21, United States Code, Section 853.)

*[signature: Geoffrey S. Berman]*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEFFREY COMPRES, a/k/a "JD,"

Defendant.

SUPERSEDING INFORMATION

S2 19 Cr. 271 (CS)

(21 U.S.C. § 846)

GEOFFREY S. BERMAN
United States Attorney