**ROGER BENNET ADLER, P.C.**
**COUNSELOR AT LAW**

233 BROADWAY-STE 2340　　　　　　　　　　　　　　　　　　　　　TEL. (212) 406-0181
NEW YORK, N.Y. 10279　　　　　　　　　　　　　　　　　　　　　　FAX (212) 233-3801

　　　　　　　　　　　　　　　　　　　　　　　February 28th, 2020

**Via ECF**
Hon. William H. Pauley
U.S. District Court, S.D.N.Y.
c/o United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　**Re: United States v. Michael Cohen**
　　　　　　　　　(18-cr-602 [W.H.P.])
　　　　　　　　　(18-cr-852 [W.H.P.])

Dear Judge Pauley:

　　　I write to you as a followup to my January 10th, 2020 filing of a Reply Submission in connection with a pending application for a sentence modification pursuant to the terms and conditions of Federal Rules of Criminal Procedure Rule 35. I write to the Court to respectfully urge the Court to schedule a court date next month for oral argument in connection with the above captioned case. As you will note, I have copied the Government on this request.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Roger Bennet Adler
　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Michael D. Cohen*

RBA/gr

Cc:
**Via email**
Assistant U.S. Attorney Thomas McKay
c/o Acting United States Attorney Audrey Strauss
Michael Monico, Esq.