DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
BY: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
UNITED STATES OF AMERICA               SATISFACTION OF JUDGMENT

          - v. -                     18 CR 602

MICHAEL COHEN
------------------------------- x

     Satisfaction is acknowledged between the United States of America, judgment creditor, and Michael Cohen, judgment debtor, for the fine in the amount of $50,000.00, restitution in the amount of $1,393858.00 and the special assessment in the amount of $800.00 amounting in all to the sum of $1,444,658.00 regarding the judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 12th day of December, 2018.[1]

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

By: _____
      MELISSA A. CHILDS
      Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

     On January 19, 2022, before me personally came MELISSA A. CHILDS, Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

            HERMAN AMOS JR.
          Notary Public, State of New York
               No. 31-4961366
          Qualified in New York County
        Commission Expires Feb. 5, 2026

---

[1] This satisfaction does not release the defendant from his obligations under the separate Consent Preliminary Order of Forfeiture/Money Judgment entered on December 12, 2018.