

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

P# 5291673

**TO:** <u>Newly Assigned Judicial Officer</u>
U.S. District Judge

**FROM:** <u>David T. Mulcahy</u>
Supervisory U.S. Probation Officer

Re: <u>Michael Dean Cohen</u>
Dkt No.: 18CR00602(WHP) &
18CR850(WHP)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor.  **Also, please forward a copy of your response to our office at 500 Pearl Street, 6th Floor, so that we may take appropriate action.**

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: *David T. Mulcahy*

David T. Mulcahy
Supervisory U.S. Probation Officer
212-805-5178

Prepared By:

*Sandra A. Osman*

Sandra A. Osman
U.S. Probation Officer Specialist
212-805-5194
DATE: March 10, 2022

NY 201(b)



## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Newly Assigned Judicial Officer U.S. District Judge | OFFENSE: Docket #: 18 CR 602-01 (WHP) Counts 1-5: Evasion of Personal Income Tax 21 U.S.C. 7201, a Class D Felony; False Statements to a Bank 18 U.S.C. 1014 a Class B Felony; Causing an Unlawful Corporate Contribution 52 U.S.C. 30118 (a), 52 U.S.C. 30109 (d) (1) (A), a Class D Felony; Excessive Campaign Contribution 52 U.S.C. 30116 (a) (1) (A), 52 U.S.C. 30116 (a) (7), 52 U.S.C. 30109 (d) (1) (A), a Class D Felony. |
| | | Docket #: 18 CR 850 (WHP): False Statements to the U.S. Congress 18 U.S.C. 1001 (a) (2), a Class D Felony |
| FROM: | Sandra A. Osman U.S. Probation Officer Specialist | ORIGINAL SENTENCE: On both Dockets (*to run concurrently*): 36 Month's Bureau of Prisons; 36 Month's Supervised Release. |
| | | SPECIAL CONDITIONS: Special Assessment Fee $800 & $100 Financial Disclosure; Restitution $1,393,858; Fine $50,000 & $50,000 |
| RE: | Michael Dean Cohen Docket # 0208 1:18CR00602 | AUSA: Thomas McKay DEFENSE COUNSEL: Guy Petrillo |
| | | MED: November 21, 2024 |

DATE OF SENTENCE: December 12, 2018

DATE: March 10, 2022

ATTACHMENTS:  ☒ PSI    ☒ JUDGMENT    ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### PERMISSION FOR INTERNATIONAL TRAVEL

The purpose of this petition is submitted to Your Honor to respectfully request that Michael Dean Cohen be granted permission to travel to Rome, Italy from July 19, 2022 through July 28, 2022, for a leisure travel with his wife Laura Cohen.

On December 12, 2018, Michael Dean Cohen was sentenced by the Honorable William H. Pauley III. As the Honorable William H. Pauley is no longer on the bench, his case has been judicially reassigned to Your Honor.

Michael Dean Cohen 3 5291673 - Sandra A. Osman
Docket Number: 0208 1:18CR00602

**SUPERVISION ADJUSTMENT**

Mr. Cohen commenced supervision on November 22, 2021, in the Southern District of New York (SDNY) based on his residence in this district. He is presently supervised by United States Probation Officer Specialist (USPO) Sandra A. Osman.

Since his release from custody, Mr. Cohen has been in compliance with the conditions of his release. He resides with his wife and children in New York, New York. He is currently employed with LSJ Media Group LLC as a podcast author. He has paid his special assessment fee in full as well as the Court ordered restitution associated with both dockets (1:18CR00602 & 18 CR 850-01).

## RECOMMENDATION

Based on Michael Dean Cohen's compliance with the terms and conditions of supervision, we respectfully recommend that he be granted permission to travel internationally to Rome, Italy, and **all future international travel requests be at the discretion of the U.S. Probation Office**.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by

Sandra A. Osman
U.S. Probation Officer Specialist
212-805-5194

Approved By:

David T. Mulcahy       March 10, 2022
Supervisory U.S. Probation Officer       Date

Michael Dean Cohen                                  4                     5291673 - Sandra A. Osman
Docket Number: 0208 1:18CR00602



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒   Permission to travel to Rome, Italy and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐   Permission to travel to Rome, Italy and the Court requires notification for all future international travel. **Approved.**

☐   Permission to travel to Rome, Italy. **Denied**

☐   Other:

_____
Honorable

March 10, 2022
_____
Date