UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

       Case no. 18-CR-602

     -against-

MICHAEL COHEN,

        Defendant.

-------------------------------------------------------X

<u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant

Michael Cohen and requests that all notices given or required to be given herein, and all papers

served or required to be served herein, be given to or served upon:

David M. Schwartz
Gerstman Schwartz LLP
1399 Franklin Avenue Ste 200
Garden City, New York 11530
Tel No.: (516) 880-8170
Fax No.: (516) 880-8171
DSchwartz@gerstmanschwartz.com

Dated: Garden City, New York
       July 6, 2022

<u>*/s/ David M. Schwartz*</u>

David M. Schwartz
Gerstman Schwartz LLP
1399 Franklin Avenue Ste 200
Garden City, New York 11530
Tel No.: (516) 880-8170
Fax No.: (516) 880-8171
DSchwartz@gerstmanschwartz.com

*Counsel for Defendant Michael Cohen*