# EXHIBIT B



# Federal Bureau of Prisons
## FCI Otisville
### Certificate of Completion

**MICHAEL COHEN**
86067-054

In recognition of his participation in the INTERVENTION 2 Program here at FCI Otisville, he is presented with this certificate of completion.

This certificate is hereby issued this 20th day of February, 2020

_E. M. Dariotis, Drug Treatment Specialist_

# Certificate of Completion



**Presented To**

## MICHAEL COHEN

86067-054

*This is to certify the above named individual has successfully completed the*
**Victim Impact 5 Week ORIENTATION Workshop**
*at the*
*Federal Correctional Facility Otisville, in Otisville, New York*
*on this 27th day of November, 2019*



F.M. Danous
Drug Treatment Specialist
Staff Sponsor

# Certificate of Completion
## OF
## *Doing Time With The Right Mind*

**Cohen, Michael**
86067-054

In recognition of his participation in the DTRM Program – *EFFECTIVE ALTERNATIVES* Program here at FCI Otisville Camp, he is presented with this Certificate of Completion. This certificate is hereby issued this 3rd day of September, 2019

_____
J. DeLeo, Camp Counselor



# Federal Bureau of Prisons
## FCI Otisville
### Certificate of Completion

**MICHAEL COHEN**
86067-054

In recognition of his participation in the Drug Education - Freedom From Drugs Program here at FCI Otisville, he is presented with this certificate of completion of the program.

This certificate is hereby issued this 13th day of August, 2019

_____
E. M. Dariotis, M.Ed., Drug Treatment Specialist

_____
Dr. J. Bowe, PsyD, Drug Abuse Program Coordinator