# EXHIBIT C



# *the* OXFORD UNION

Matthew Dick
President
Direct: +44 (0) 1865 241 353
Mobile: +44 (0) 7510 079918
President@oxford-union.org

Monday 20th March 2023

Dear Mr Cohen,

I hope this letter finds you well. I am writing to you with an invitation to speak at the Oxford Union Society. This year the Union will be celebrating its bicentenary; 200 years ago, a group of Oxford students met in secret to found a society in which they could freely discuss the matters of religion and politics outlawed by the University. Throughout our history, we have played host to world leaders from US Presidents Reagan, Nixon, Carter, and Clinton, to Sir Winston Churchill, Malcolm X, HH the Dalai Lama, and HM Queen Elizabeth II and global icons like Sir Elton John, Diego Maradona, and Albert Einstein. We are immensely excited to celebrate our rich history whilst looking forwards to what the next two centuries will bring.

We would be honored if you would be a part of that celebration and contribute to our history. Across the course of our 'Trinity Term', we are planning a series of talks, addresses, Q&As, and interviews with fascinating and world-famous individuals. Our members and I would love to welcome you to our historic premises in the centre of the University of Oxford to address our members and participate in a 200 year old tradition. The term runs from the **24th April 2023** to the **17th June 2023** and we would be delighted to welcome you to Oxford on any weekday in that period.

Despite initially being close to Trump, you've become one of his most ardent critics in recent years. You shed light on how Trump violated election laws during his campaign, as well as the interference between his campaign teams and people affiliated to Vladimir Putin. Your book *Disloyal: A Memoir,* your podcast, and your YouTube series provide a refreshing insight into Trump and looming indictments. It would be a privilege to host you to discuss your life career, and your time in the world of law, business, and politics.

I would be happy to answer any questions you may have and facilitate your visit however possible. It would be a great honour to welcome you to Oxford and I sincerely hope you will be able to join us.

Please do not hesitate to contact me should you have any wish to discuss this invitation further. If you are interested, please let us know your availability by April 10th.

Yours sincerely,

*[signature]*

**Matthew Dick**

President
*Magdalen College*