UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,   :   18-CR-602 (JMF)
:   18-CR-850 (JMF)
-v-   :
:   ORDER
:
MICHAEL COHEN,   :
                Defendant.   :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 31, 2023, Defendant Michael Cohen filed a motion for early termination of supervised release. ECF No. 84. The Government shall file any opposition to the motion by **June 9, 2023**. No reply will be permitted absent prior leave of Court.

       SO ORDERED.

Dated: June 2, 2023
       New York, New York
                                                     JESSE M. FURMAN
                                                     United States District Judge