# EXHIBIT D



# Federal Bureau of Prisons
# FCI Otisville
# Certificate of Completion

**MICHAEL COHEN**
86067-054

In recognition of his participation in the INTERVENTION 2 Program here at FCI Otisville, he is presented with this certificate of completion.

This certificate is hereby issued this 20th day of February, 2020

_____
E. M. Dariotis, Drug Treatment Specialist

# Certificate of Completion

*Presented To*

## MICHAEL COHEN

86067-054

This is to certify the above named individual has successfully completed the
Victim Impact 5 Week ORIENTATION Workshop
at the
Federal Correctional Facility Otisville, in Otisville, New York.
on this 27th day of November, 2019



E.M. Dubois
Drug Treatment Specialist
Staff Sponsor



# Certificate of Completion

## OF

## *Doing Time With The Right Mind*

*Cohen, Michael*
86067-054

In recognition of his participation in the DTRM Program – *EFFECTIVE ALTERNATIVES* Program here at FCI Otisville Camp, he is presented with this Certificate of Completion. This certificate is hereby issued this 3rd day of September, 2019

J. DeZeo, Camp Counselor



# Federal Bureau of Prisons
## FCI Otisville
### Certificate of Completion

**MICHAEL COHEN**
86067-054

In recognition of his participation in the Drug Education - Freedom From Drugs Program here at FCI Otisville, he is presented with this certificate of completion of the program.

This certificate is hereby issued this 13th day of August, 2019

_____
Dr. J. Bowe, PsyD, Drug Abuse Program Coordinator

_____
E. M. Dariotis, M.Ed., Drug Treatment Specialist