UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>  v.<br><br>MICHAEL D. COHEN,<br><br>       *Defendant.* | 1:18-cr-00602 (JMF)<br><br>1:18-cr-00850 (JMF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E. Danya Perry of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of Defendant Michael D. Cohen in the above-captioned action.

Dated: December 6, 2023      Respectfully submitted,

                  /s/ E. Danya Perry
                  E. Danya Perry
                  New York Bar No. 2839983
                  E. DANYA PERRY PLLC
                  157 East 86th Street, 4th Floor
                  New York, NY 10028
                  Tel: (212) 213-3070
                  dperry@danyaperrylaw.com

                  *Attorney for Defendant Michael D. Cohen*