

E. DANYA PERRY
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

December 6, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Cohen*, 18 Cr. 602 (JMF)

Dear Judge Furman:

    I write on behalf of Michael D. Cohen. Mr. Cohen respectfully requests leave to file a short reply in further support of his letter motion for termination of his Supervised Release (ECF Doc. No. 88). Among other things, the Government's letter in opposition to Mr. Cohen's motion (ECF Doc. No. 90) distorts and mischaracterizes Mr. Cohen's testimony in *People v. Trump*, Index No. 452564/2022 (Sup. Ct. N.Y. County) (in which I represented Mr. Cohen), including by presenting isolated quotations from his testimony out of context. Mr. Cohen accordingly requests that he be permitted to file a short letter in reply in order to correct the record and provide the Court with accurate and additional information relevant to its consideration of Mr. Cohen's motion. If permitted, Mr. Cohen will file his reply on or before December 8, 2023.

    Thank you for Your Honor's consideration of this request.

                           Respectfully submitted,

                            E. Danya Perry

cc:    All counsel of record