UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

MICHAEL COHEN,

                     Defendant.
-------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 1:18-CR-00602 (JMF)

TO: CLERK OF THE COURT

**PLEASE TAKE NOTICE** that I have been retained as counsel to David M. Schwartz, Esq. in connection with the above in the entitled action. I have been admitted to practice in this Court since 1974.

Dated: December 18, 2023
       New York, New York

                                  /s/ Barry Kamins .
                          Barry Kamins
                          Aidala, Bertuna & Kamins, P.C.
                          546 Fifth Avenue, 6th Floor
                          New York, New York 10036
                          (212) 486-0011