UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

MICHAEL COHEN,

                    Defendant.
-----------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 1:18-CR-00602 (JMF)

TO: CLERK OF THE COURT

**PLEASE TAKE NOTICE** that I have been retained as counsel to David M. Schwartz, Esq. in connection with the above in the entitled action. I have been admitted to practice in this Court since 1980.

Dated: December 18, 2023
       New York, New York

                                        /s/ John M. Leventhal    .
                              John M. Leventhal
                              Aidala, Bertuna & Kamins, P.C.
                              546 Fifth Avenue
                              New York, New York 10036
                              (212) 486-0011