UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          v.

MICHAEL COHEN,

                       Defendant.
------------------------------------------------------------X

**AFFIRMATION OF SERVICE**

Case No. 18-CR-602 (JMF)

STATE OF NEW YORK
                    SS.:
COUNTY OF NEW YORK

John M. Leventhal affirms the following to be true under the penalty of perjury:

    I am over 18 years of age, I am not a party to the action, and I reside in New York County in the State of New York, I served a true copy of the annexed

## DAVID SCHWARTZ'S RESPONSE TO THE ORDER TO SHOW CAUSE

On December 18, 2023, by electronic email transmission the same to the addressee as indicated below who consented to be served via email:

Danya Perry
dperry@danyaperrylaw.com

Lilian Timmermann
ltimmermann@danyaperrylaw.com

_____
John M. Leventhal