UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

MICHAEL COHEN,

                  Defendant.
-------------------------------------------------------X
TO: CLERK OF THE COURT

**NOTICE OF APPEARANCE**

Case No. 1:18-CR-00602 (JMF)

**PLEASE TAKE NOTICE** that I have been retained as counsel to David M. Schwartz, Esq. in connection with the above in the entitled action. I am admitted to practice in the Southern District Court.

Dated: December 18, 2023
       New York, New York

                                            /s/ David Lewis    .
                                            Davis Lewis
                                            Aidala, Bertuna & Kamins, P.C.
                                            546 Fifth Avenue, 6th Floor
                                            New York, New York 10036
                                            (212) 486-0011